No. 672. OKLAHOMA-ARKANSAS TELEPHONE CO. *v.* SOUTHWESTERN BELL TELEPHONE CO. March 2, 1931. Petition for writ of certiorari to the Circuit court of Appeals for the Eighth Circuit denied. *Messrs. James B. McDonough, Joseph W. House, James B. McDonough, Jr.,*

and *Joseph R. Brown* for petitioner. *Messrs. Edward B. Downie, Claude Nowlin,* and *Joseph W. Jamison* for respondent.

